146

BRICKEN, Presiding Judge.

This prosecution originated, as the statute provides, upon the affidavit of the alleged injured woman, Edna Doss, wherein it was averred that she is a single woman and is pregnant with a bastard child, and that William Morgan is the father of said child, etc.

Having been bound over upon said charge, the trial was had in the circuit court of Jefferson county, and there resulted in his conviction, the verdict of the jury being: "We the jury find the defendant guilty of being the real father of this child." Judgment was pronounced and entered, from which this appeal was taken.

■■ There is no bill of exceptions; therefore, the action of the court in refusing to defendant certain special written charges and in overruling his motion for a new trial cannot be considered. The appeal being upon the record proper only, but one question is here presented, i. e. the regularity of the proceedings in the courts below, as shown by the record before us. We have, as the law requires, examined the record and find it regular in all respects. There being no error apparent, the judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, Presiding Judge.

■ Appellant was charged by indictment with assault with intent to murder P. A. Vandiver. Under an indictment of this character a conviction may be had of a simple assault or an assault and battery. Miller v. State, 21 Ala. App. 261, 107 So. 226.

■ The trial of this appellant in the court below resulted in his conviction for the offense of assault and battery; the jury assessed a fine against him of $100. He having failed to pay the fine and costs, the court, as the law requires, sentenced him to perform hard labor for the county. Judgment of conviction was duly pronounced and entered, from which this appeal was taken. The appeal is upon the record proper only; there is no bill of exceptions, in the absence of which no question can be considered except the regularity of the proceedings in the court below as disclosed by the record. This question has had our consideration. We discover no error apparent on the record. It is regular in all respects. The judgment of conviction from which this appeal was taken will stand affirmed.

Affirmed.

154 So. 821

## HANKINS v. STATE.
### 6 Div. 568.

Court of Appeals of Alabama.
May 15, 1934.

154 So. 912

## FOXX v. STATE.
### 6 Div. 596.

Court of Appeals of Alabama.
May 15, 1934.